# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| RONALD GLENN HAMILTON, | ) | |
|---|---|---|
| | ) | Civil Action No. 3:19-cv-0027 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Senior United States District Judge |
| | ) | Kim R. Gibson |
| BARRY SMITH, Superintendent, | ) | |
| PENNSYLVANIA BOARD OF | ) | |
| PROBATION AND PAROLE, and | ) | |
| ATTORNEY GENERAL OF | ) | |
| PENNSYLVANIA, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM OPINION

Pending before the Court is the Petition for Writ of Habeas Corpus filed by Petitioner Ronald Glenn Hamilton (ECF No. 3) and the Report and Recommendation of Chief United States Magistrate Judge Cynthia Reed Eddy recommending that the Petition be denied and that no certificate of appealability be issued. (ECF No. 10). Petitioner was served with the Report and Recommendation at his listed address and was advised that he had until July 26, 2019, to file written objections to the Report and Recommendation. To date, Plaintiff has not filed any objections.[1]

---

[1] If a party does not file timely objections to a magistrate judge's report and recommendation, the party may lose its right to de novo review by the district court, although the court must still give "reasoned consideration" to the magistrate judge's report before adopting it. Henderson v. Carlson, 812 F.2d 874, 878-79 (3d Cir. 1987). The district court should, as a matter of good practice, "satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed.R.Civ.P. 72(b), advisory committee notes.

1

The Court has reviewed the matter and concludes that the Report and Recommendation correctly analyzes the issues and makes a sound recommendation. Accordingly, after *de novo* review of the petition and documents in the case, together with the Report and Recommendation, the Petition for Writ of Habeas Corpus will be denied.

An appropriate Order follows.

BY THE COURT:

Kim R. Gibson
Senior United States District Judge

Dated: August 9, 2019

cc: RONALD GLENN HAMILTON
EC-1652
SCI Houtzdale
PO Box 1000
Houtzdale, PA 16698-1000
(via U.S. First Class Mail)

Morgan C. Davis
PA Board of Probation and Parole
(via ECF electronic notification)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD GLENN HAMILTON, | ) |
| | ) Civil Action No. 3:19-cv-0027 |
| Petitioner, | ) |
| | ) |
| v. | ) Senior United States District Judge |
| | ) Kim R. Gibson |
| BARRY SMITH, Superintendent, | ) |
| PENNSYLVANIA BOARD OF | ) |
| PROBATION AND PAROLE, and | ) |
| ATTORNEY GENERAL OF | ) |
| PENNSYLVANIA, | ) |
| | ) |
| Respondent. | ) |

## ORDER

**AND NOW,** this _9th_ day of August, 2019, in accordance with the foregoing Memorandum Opinion issued on this date, it is hereby **ORDERED** that the Petition for Writ of Habeas Corpus is **DENIED**.

Inasmuch as reasonable jurists would not find it debatable that Petitioner has failed to substantially allege the denial of a constitutional right, must less show such a denial, **IT IS FURTHER ORDERED** that no certificate of appealability shall issue.

The Report and Recommendation filed July 8, 2019 (ECF No. 10) is **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Petitioner has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

BY THE COURT:

Kim R. Gibson
Senior United States District Judge

cc: RONALD GLENN HAMILTON
    EC-1652
    SCI Houtzdale
    PO Box 1000
    Houtzdale, PA 16698-1000
    (via U.S. First Class Mail)

    Morgan C. Davis
    PA Board of Probation and Parole
    (via ECF electronic notification)